NEIL M. BROZEN, *et al.*,    §
                            §
        *Defendants.*       §

# NOTICE OF APPEAL

Notice is hereby given that Defendants Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Nick Bouras, Sterling Investment Partners III, L.P., Nicole Peterson 2012 Irrevocable Trust, Brooke Peterson 2012 Irrevocable Trust, and Neil M. Brozen hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order denying the Defendants' Motion to Compel Individual Arbitration, which is contained in the Memorandum Opinion and Order [ECF No. 130] entered July 12, 2023. Appeal of the District Court's Order denying Defendants' Motion to Compel Individual Arbitration is authorized by 9 U.S.C. § 16.

Case 3:20-cv-01358-E    Document 135    Filed 08/11/23    Page 2 of 3    PageID 1717

Dated: August 11, 2023                    Respectfully submitted,

By: */s/ Micah R. Prude*                  By: */s/ Nicole Figueroa (with permission)*
Micah R. Prude                            Nicole Figueroa
Texas Bar No. 24051216                    Texas Bar No. 24069716