**TRANSCRIPT ORDER FORM (DKT-13)**  READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court __U.S. District Court for the Northern District of Texas__  District Court Docket No. __3:20-cv-01358-E__

Short Case Title __Coleman et al. v. Brozen et al.__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __None__

Date Notice of Appeal Filed in the District Court __8/11/2023__   Court of Appeals No. __23-10832__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☒ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other_____

Signature __/s/ Melissa Davis Andrews__   Date Transcript Ordered __N/A__

Print Name __Melissa Davis Andrews__   Phone __512-469-6151__

Counsel for __Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Nick Bouras, Sterling Investment Partners III, L.P., Nicole Peterson 2012 Irrevocable Trust, Brooke Peterson 2012 Irrevocable Trust__

Address __Holland & Knight LLP, 98 San Jacinto Boulevard, Suite 1900, Austin Texas 78701__

Email of Attorney: __Melissa.Davis@hklaw.com__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
         ☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____