Peter B. Allport
pallport@lsclaw.com



November 15, 2023

**VIA CM/ECF Filing**

Office of the Clerk
United States Court of Appeals
Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re:    *Coleman, et al. v. Brozen, et al.,* No. 23-10832: Unopposed Request for Two-Week Level 1 Extension of Time for Defendants-Appellants to File Reply Brief

To Whom It May Concern:

I represent Defendant-Appellant Neil Brozen in connection with the above-referenced matter. By this letter, the Defendants-Appellants respectfully request that the Court grant them a two-week level 1 extension of time to file their reply brief, which will make the deadline for filing the reply brief on or before December 14, 2023.

The Defendants-Appellants have good cause for this request because counsel for the Defendants-Appellants are each engaged in other time-sensitive litigation that necessitates the need for this extension request.

In particular, counsel for Defendants-Appellants Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Sterling Investment Partners III L.P., Nick Bouras, Nicole Peterson 2012 Irrevocable Trust, and Brooke Peterson 2012 Irrevocable Trust (the "Peterson Defendants") are currently involved in a matter styled as *Su v. Reliance Trust Co., et al.,* No. 2:19-cv-03178 (D. Ariz.). This matter is set for a four-week bench trial that is scheduled to commence on January 16, 2024. The court in *Su* has specially set this date after resetting the trial date once. As a result, counsel for the Peterson Defendants are currently involved in significant pretrial preparation matters, including preparing witnesses and exhibits. Given the time commitment required by the *Su* trial preparation, counsel for the Peterson Defendants need the additional two weeks to assist in the preparation of the reply brief in this matter.

Counsel for Defendant-Appellant Neil Brozen are also currently involved in time-sensitive litigation. In particular, one counsel is engaged in a matter styled *AIM Beverages v. Altered Labs,* No. 502023 CA 012288 (Cir. Ct. Palm Beach Cty.). The court in this matter has set a 14-day expedited discovery schedule to be followed immediately by an evidentiary hearing on a claim for

Office of the Clerk
November 15, 2023
Page Two

a preliminary injunction. Counsel for Mr. Brozen serves as lead counsel for the Defendant in this matter and, therefore, is fully engaged in the discovery and conducting the evidentiary hearing.

Mr. Brozen's other counsel is engaged in a matter styled as *Jerry H. Biederman and Noel Wilner, as Successor Co-Trustees of the Relevant FA Group 2002 Investment Trusts v. Stoll, et al.,* No. 2021 CH 02637 (Cir. Ct. Cook Cty., Chancery Div.). The court in this matter has set argument on multiple cross-motions for summary judgment for November 29, 2023. Counsel for Mr. Brozen serves as co-lead counsel for sixteen defendants in this matter and is responsible for arguing multiple dispositive motions on November 29th. Therefore, given counsel for the Defendants-Appellants' responsibilities in these other matters, the Defendants-Appellants require an additional two-weeks to prepare and file their reply brief, which is currently due on November 30, 2023.

Counsel for the Defendants-Appellants contacted counsel for Plaintiffs-Appellees about this request. Counsel for Plaintiffs-Appellees stated that the Plaintiffs-Appellees do not oppose this request for an extension.

Thank you in advance for your attention to this matter.

                                          Sincerely,

                                          *Peter B. Allport*

                                          Peter B. Allport

cc:    Counsel of Record (via CM/ECF filing)

1052165.2