# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 16, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10832   Coleman v. Brozen
                    USDC No. 3:20-CV-1358

The court has granted in part an extension of time, to and including December 7, 2023 for filing a reply brief as to Mr. Neil M. Brozen in this case

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Peter Allport
Ms. Melissa Andrews
Ms. Lindsey Camp
Mr. John Saul Edwards Jr.
Ms. Nicole Figueroa
Mr. Ryan T. Jenny
Mr. John Christian Nemeth
Ms. Rachana Pathak
Mr. Gregory Y. Porter
Mr. Micah Randall Prude
Mr. John Stokes
Mr. Peter K. Stris
Mr. Todd David Wozniak