# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2023

No. 23-10832    Coleman v. Brozen
                USDC No. 3:20-CV-1358

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED".

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Record excerpts must be white. Appellant's reply brief must be gray. Amicus brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
  Mr. Peter Allport
  Ms. Melissa Andrews

```
Ms. Gerin Brendan Ballard
Ms. Lindsey Camp
Mr. John Saul Edwards Jr.
Ms. Nicole Figueroa
Mr. Ryan T. Jenny
Mr. John Christian Nemeth
Ms. Rachana Pathak
Mr. Gregory Y. Porter
Mr. Micah Randall Prude
 John Stokes
Mr. Peter K. Stris
Mr. Todd David Wozniak
```