# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2023

Mr. Peter Allport
Levin Schreder & Carey
IL
120 N. La Salle Street
Suite 3800
Chicago, IL 60602

Ms. Gerin Brendan Ballard
U.S. Department of Labor
Office of the Solicitor, Plan Benefit Security Division
200 Constitution Avenue, N.W.
Suite N-4611
Washington, DC 20210

John Stokes
Stris & Maher LLP
725 S. Figueroa Street
Suite 3850
Los Angeles, CA 90017

Mr. Todd David Wozniak
Holland & Knight, L.L.P.
1180 W. Peachtree Street, N.W.
Suite 1800
Atlanta, GA 30309

       No. 23-10832   Coleman v. Brozen
                      USDC No. 3:20-CV-1358


Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies.  **We remind attorneys that the paper**

**copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Charles B. Whitney, Deputy Clerk
                                       504-310-7679

cc:
    Ms. Melissa Andrews
    Ms. Lindsey Camp
    Mr. John Saul Edwards Jr.
    Ms. Nicole Figueroa
    Mr. Ryan T. Jenny
    Mr. John Christian Nemeth
    Ms. Rachana Pathak
    Mr. Gregory Y. Porter
    Mr. Micah Randall Prude
    Mr. Peter K. Stris