# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

Mr. Peter Allport
Levin Schreder & Carey
IL
120 N. La Salle Street
Suite 3800
Chicago, IL 60602

Mr. Todd David Wozniak
Holland & Knight, L.L.P.
1180 W. Peachtree Street, N.W.
Suite 1800
Atlanta, GA 30309

      No. 23-10832   Coleman v. Brozen
                             USDC No. 3:20-CV-1358

Dear Counsel,

We received the paper copies of your brief. However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your brief must be single-sided.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Kim M. Pollard, Deputy Clerk
                                    504-310-7635

cc:
    Ms. Melissa Andrews
    Ms. Gerin Brendan Ballard
    Ms. Lindsey Camp
    Mr. John Saul Edwards Jr.
    Ms. Nicole Figueroa
    Mr. Ryan T. Jenny
    Mr. John Christian Nemeth

Ms. Rachana Pathak  
Mr. Gregory Y. Porter  
Mr. Micah Randall Prude  
 John Stokes  
Mr. Peter K. Stris