# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

Mr. Todd David Wozniak
Holland & Knight, L.L.P.
1180 W. Peachtree Street, N.W.
Suite 1800
Atlanta, GA 30309

    No. 23-10832   Coleman v. Brozen
                            USDC No. 3:20-CV-1358

Dear Mr. Wozniak,

We received paper copies of record excerpts. However, you must make the following correction(s) within the next 5 days.

You need to correct or add: Paper copies of your record excerpts must be single-sided.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Kim M. Pollard, Deputy Clerk
                            504-310-7635

cc:
    Mr. Peter Allport
    Ms. Melissa Andrews
    Ms. Gerin Brendan Ballard
    Ms. Lindsey Camp
    Mr. John Saul Edwards Jr.
    Ms. Nicole Figueroa
    Mr. Ryan T. Jenny
    Mr. John Christian Nemeth
    Ms. Rachana Pathak
    Mr. Gregory Y. Porter
    Mr. Micah Randall Prude
     John Stokes
    Mr. Peter K. Stris