# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

Mr. Peter Allport
Levin Schreder & Carey
IL
120 N. La Salle Street
Suite 3800
Chicago, IL 60602

  No. 23-10832  Coleman v. Brozen
         USDC No. 3:20-CV-1358

Dear Mr. Allport,

We receives the paper copies of your reply brief.  However, you must make the following corrections within the next 5 days.

You need to correct or add: Paper copies of your reply brief must be single-sided.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Kim M. Pollard, Deputy Clerk
         504-310-7635

cc:
  Ms. Melissa Andrews
  Ms. Gerin Brendan Ballard
  Ms. Lindsey Camp
  Mr. John Saul Edwards Jr.
  Ms. Nicole Figueroa
  Mr. Ryan T. Jenny
  Mr. John Christian Nemeth
  Ms. Rachana Pathak
  Mr. Gregory Y. Porter
  Mr. Micah Randall Prude
   John Stokes
  Mr. Peter K. Stris
  Mr. Todd David Wozniak