# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 17, 2024

TO COUNSEL LISTED BELOW:

      No. 23-10832    Coleman v. Brozen

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during
the week of 03/04/2024, as previously advised.

It will be scheduled during the week of **03/11/2024**.  Please mark
your calendar accordingly.

Arguing counsel, please confirm receipt of this letter to
clerk_calendaring@ca5.uscourts.gov

                        Very truly yours,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Charles B. Whitney
                        Calendar Clerk
                        504-310-7679


Mr. Peter Allport
Ms. Melissa Andrews
Ms. Gerin Brendan Ballard
Ms. Lindsey Camp
Mr. John Saul Edwards Jr.
Mr. Ryan T. Jenny
Mr. John Christian Nemeth
Ms. Rachana Pathak
John Stokes
Mr. Peter K. Stris
Mr. Todd David Wozniak