# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 29, 2024

No. 23-10832   Coleman v. Brozen
               USDC No. 3:20-CV-1358

Dear Counsel:

The above referenced case has been scheduled for oral argument on 03/11/2024. It will be held in New Orleans - En Banc Courtroom at 9:00. The Oral Argument session number is 32.

**Arguing counsel are responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 2/20/24.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shirley M. Engelhardt*
Shirley M. Engelhardt, Calendar Clerk

504-310-7631

cc:
    Mr. Peter Allport
    Ms. Melissa Andrews
    Ms. Gerin Brendan Ballard
    Ms. Lindsey Camp
    Mr. John Saul Edwards Jr.
    Mr. Ryan T. Jenny
    Mr. John Christian Nemeth
    Ms. Rachana Pathak
    Mr. Gregory Y. Porter
    Mr. Micah Randall Prude
     John Stokes
    Mr. Peter K. Stris
    Mr. Todd David Wozniak