No. 23-10832

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JASON COLEMAN, *et al.*,

*Plaintiffs-Appellees,*

v.

NEIL M. BROZEN, *et al.*,

*Defendants-Appellants*

On Appeal from the U.S. District Court
for the Northern District of Texas
Case No. 3:20-cv-01358-E

**The Acting Secretary of Labor's Motion for Leave to Participate in Oral Argument as Amicus Curiae in Support of Plaintiffs-Appellees**

| | |
|---|---|
| SEEMA NANDA<br>Solicitor of Labor | DANIEL COLBERT<br>Trial Attorney |
| WAYNE R. BERRY<br>Acting Associate Solicitor<br>for Plan Benefits Security | U.S. Department of Labor<br>Office of the Solicitor<br>Plan Benefits Security Division<br>200 Constitution Ave. NW, N4611 |
| JEFFREY M. HAHN<br>Counsel for Appellate and<br>Special Litigation | Washington, DC 20210<br>202.693.5308 (t) **\|** 202.693.5610 (f)<br>colbert.daniel.j@dol.gov |

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), Julie A. Su, Acting Secretary of the United States Department of Labor ("Secretary"), respectfully moves this Court for leave to participate in oral argument as amicus curiae in support of Plaintiffs-Appellees on five minutes of time ceded by Plaintiffs-Appellees. In support of this motion, the Secretary states as follows:

1. The Secretary has primary regulatory and enforcement authority for Title I of the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq., and its implementing regulations.

2. On November 16, 2023, the Secretary filed an amicus brief in support of Plaintiffs-Appellees addressing the enforceability of an arbitration agreement in an ERISA plan that includes a non-severable provision prospectively waiving a participant's right to pursue relief on behalf of the plan as a whole, a remedy that is expressly authorized by ERISA section 502(a)(2), 29 U.S.C. § 1132(a)(2).

3. The Secretary believes that presentation of her views at oral argument will be helpful to the Court in deciding this issue. Thus, the Secretary requests that the Court grant her leave to participate in oral argument on five minutes of time ceded by Plaintiffs-Appellees.

4. Counsel for the Secretary has contacted counsel for both sides in this matter. Counsel for Plaintiffs-Appellees indicated that they consent to this motion and agreed to cede five minutes of time to the Secretary. Counsel for Defendants-Appellants indicated they do not oppose this motion.

WHEREFORE, the Secretary respectfully requests the Court for leave to participate in oral argument as amicus curiae in support of Plaintiffs-Appellees.

Respectfully submitted,

Date: <u>February 8, 2024</u>

SEEMA NANDA
Solicitor of Labor

WAYNE R. BERRY
Acting Associate Solicitor for
Plan Benefits Security

JEFFREY M. HAHN
Counsel for Appellate and Special
Litigation

<u>/s/ Daniel Colbert</u>
DANIEL COLBERT
Trial Attorney
Plan Benefits Security Division
Office of the Solicitor
U.S. Department of Labor
200 Constitution Ave. NW
Room N-4611
Washington, DC 20210
(202) 693-5308