# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10832

---

Jason Coleman, *on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated*; Jessica Casey, *on behalf of the RVNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of aa class of all other persons similarly situated*,

*Plaintiffs—Appellees,*

*versus*

Neil M. Brozen; Robert Peterson, Jr.; Vasilia Peterson; Mike Paxton; Sterling Investment Partners III, L.P.; Nick Bouras; Nicole Peterson 2012 Irrevocable Trust; Brooke Peterson 2012 Irrevocable Trust,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-1358

---

ORDER:

    IT IS ORDERED that the unopposed motion of amicus curiae, The Acting Secretary of Labor, to participate in oral argument on time ceded by appellees is GRANTED.

LYLE W. CAYCE, CLERK

No. 23-10832

United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT