## ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, __John Stokes__
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

__23-10832__　　__Coleman__　v.　__Brozen__
(Case Number)　　(Short Title)

is scheduled for oral argument at __9:00 am__ on __March 11, 2024__ located in the
(Time)　　(Date)

__NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130__
(Location)

/s/ __John Stokes__　　　　　　　　　　　　__February 15, 2024__
(Signature)　　　　　　　　　　　　　　　　　(Date)

---

### List all parties being represented for argument and select the party type

Jason Coleman, Jessica Casey, Appellees

Counsel for Appellees have agreed to cede 5 minutes of argument time to counsel for amicus U.S. Secretary of Labor, as noted below in the Order of Presentation and Division of Argument Time.

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | John Stokes | 15 | |
| #2 | Daniel Colbert (counsel for amicus | 5 | |
| #3 | U.S. Secretary of Labor) | | |
| #4 | | | |
| #5 | | | |

SESSION # __32__

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

[PRINT TO PDF]　　　　　[RESET FORM]

Revised 04/2023　　　　　　　　　　　　　　　Form OA-001