# Holland & Knight

524 Grand Regency Boulevard | Brandon, FL 33510 | T 813.901.4200 | F 813.901.4201
Holland & Knight LLP | www.hklaw.com

Melissa Davis Andrews
+1 512-469-6151
Melissa.Davis@hklaw.com

July 11, 2024

*Via Electronic Filing*

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

   Re: Case No. 23-10832 Coleman v. Brozen*;*
     USDC No. 3:20-CV-1358
     Notice of Attorney Departure from Firm

Dear Clerk Cayce:

 Please take notice that Melissa Davis Andrews is withdrawn as counsel for Defendants-Appellants Robert Peterson, Jr.; Vasilia Peterson; Mike Paxton; Sterling Investment Partners III, L.P.; Nick Bouras; Nicole Peterson 2012 Irrevocable Trust; Brooke Peterson 2012 Irrevocable Trust (collectively, "Appellants"). Ms. Andrews has been appointed to the bench and is leaving the law firm of Holland & Knight LLP. Attorneys Todd D. Wozniak and Lindsey R. Camp of Holland & Knight LLP remain as counsel for Appellants.

          Sincerely yours,

          HOLLAND & KNIGHT LLP

          Melissa Davis Andrews

MDA:elv

  cc: *Via Electronic Service*:  All Counsel of Record

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey
#504520128_v1