No. 23-10832

# In the United States Court of Appeals for the Fifth Circuit

———————————————

Jason Coleman, on behalf of the RvNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated; Jessica Casey, On Behalf Of The RvNB Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,

*Plaintiffs-Appellees*,

v.

Neil M. Brozen; Robert Peterson, Jr.; Vasilia Peterson; Mike Paxton; Sterling Investment Partners III, L.P.; Nick Bouras; Nicole Peterson 2012 Irrevocable Trust; Brooke Peterson 2012 Irrevocable Trust,

*Defendants-Appellants.*

———————————————

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division

———————————————

**JOINT MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

———————————————

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
James Kauffman (*pro hac vice*)
Alexandra L. Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St., NW,
Suite 540 Washington, DC 20007
Tel: (202) 463-2101
Fax: (202) 463-2103

Todd D. Wozniak
**Holland & Knight LLP**
1180 West Peachtree Street NW,
Suite 1800
Atlanta, GA 30309
404-817-8431
todd.wozniak@hklaw.com

gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com
aserber@baileyglasser.com

Thomas R. Ajamie
John S. "Jack" Edwards, Jr.
**AJAMIE LLP**
Pennzoil Place - South Tower 711
Louisiana, Suite 2150
Houston, TX 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Attorneys for Plaintiffs*

Lindsey R. Camp
**HOLLAND & KNIGHT LLP**
West Tower, 777 S. Flagler Dr., Suite 1900
West Palm Beach, FL 33401
404-817-8439
lindsey.camp@hklaw.com

*Counsel for Defendants-Appellants Robert Peterson, Jr.; Vasilia Peterson; Mike Paxton; Sterling Investment Partners III, L.P.; Nick Bouras; Nicole Peterson 2012 Irrevocable Trust; Brooke Peterson 2012 Irrevocable Trust*

J. Christian Nemeth
**MCDERMOTT WILL & EMERY, LLP**
333 SE 2nd Ave., Suite 4500
Miami, FL 33131
305-358-3500
jcnemeth@mwe.com

Peter B. Allport
**LEVIN SCHREDER & CAREY, LTD.**
120 N. LaSalle St., Floor 38
Chicago, IL 60602
312-895-6359
pallport@lsclaw.com

*Counsel for Defendant-Appellant Neil M. Brozen*

Defendants-Appellants and Plaintiffs-Appellees (collectively, the "Parties"), by and through counsel, respectfully move the Court to enter an order temporarily holding this case in abeyance. In support of this request, the Parties state that, on July 15, 2024, they executed a term sheet agreeing to the terms of a settlement of all matters in the appeal and the underlying district court action. Upon full performance of the terms contained in the forthcoming Settlement Agreement (including approval of the Settlement Agreement by the district court), the Parties will request that this case be dismissed with prejudice by further agreed order.

Respectfully submitted,

By: */s/ Thomas R. Ajamie*
Thomas R. Ajamie
Texas Bar No. 00952400
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
**AJAMIE LLP**
Pennzoil Place - South Tower 711
Louisiana, Suite 2150
Houston, TX 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
James Kauffman (*pro hac vice*)
Alexandra L. Serber (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson St., NW, Suite 540 Washington, DC 20007
Tel: (202) 463-2101

*/s/ Todd D. Wozniak*
Todd D. Wozniak
**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street NW,
Suite 1800
Atlanta, GA 30309
404-817-8431
todd.wozniak@hklaw.com

Lindsey R. Camp
**HOLLAND & KNIGHT LLP**
777 S. Flagler Dr., Suite 1900
West Palm Beach, FL 33401
404-817-8439
lindsey.camp@hklaw.com

*COUNSEL FOR DEFENDANTS-APPELLANTS ROBERT PETERSON, JR.; VASILIA PETERSON; MIKE PAXTON; STERLING INVESTMENT PARTNERS III, L.P.; NICK BOURAS; NICOLE PETERSON 2012*

1

Fax: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com
jkauffman@baileyglasser.com
aserber@baileyglasser.com

*ATTORNEYS FOR PLAINTIFFS*

*IRREVOCABLE TRUST; BROOKE PETERSON 2012 IRREVOCABLE TRUST*

*/s/ J. Christian Nemeth*
J. Christian Nemeth
**MCDERMOTT WILL & EMERY, LLP**
333 SE 2nd Ave., Suite 4500
Miami, FL 33131
305-358-3500
jcnemeth@mwe.com

Peter B. Allport
**LEVIN SCHREDER & CAREY, LTD.**
120 N. LaSalle St., Floor 38
Chicago, IL 60602
312-895-6359
pallport@lsclaw.com

*COUNSEL FOR DEFENDANT-APPELLANT NEIL M. BROZEN*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served via the Court's ECF filing system in compliance with Rule 25(b) and (c) of the Federal Rules of Appellate Procedure, on July 15, 2024 on all registered counsel of record, and has been transmitted to the Clerk of the Court.

>*/s/ Todd D. Wozniak*
>Todd D. Wozniak
>
>*Counsel for Defendants-Appellants*
>ROBERT PETERSON, JR.; VASILIA PETERSON; MIKE PAXTON; STERLING INVESTMENT PARTNERS III, L.P.; NICK BOURAS; NICOLE PETERSON 2012 IRREVOCABLE TRUST; BROOKE PETERSON 2012 IRREVOCABLE TRUST