# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10832   Coleman v. Brozen
                  USDC No. 3:20-CV-1358

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Casey A. Sullivan, Deputy Clerk
                              504-310-7642

Mr. Peter Allport
Ms. Gerin Brendan Ballard
Ms. Lindsey Camp
Mr. Daniel Joseph Colbert
Mr. John Saul Edwards Jr.
Ms. Nicole Figueroa
Mr. Ryan T. Jenny
Mr. Michael Branch Kimberly
Ms. Karen S. Mitchell
Mr. John Christian Nemeth
Ms. Rachana Pathak
Mr. Gregory Y. Porter
Mr. Micah Randall Prude
John Stokes
Mr. Peter K. Stris
Mr. Todd David Wozniak