**No. 23-10832**

_____

# In the United States Court of Appeals for the Fifth Circuit

_____

JASON COLEMAN, ON BEHALF OF THE RVNB HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, AND ON BEHALF OF A CLASS OF ALL OTHER PERSONS SIMILARLY SITUATED; JESSICA CASEY, ON BEHALF OF THE  RVNB HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, AND ON BEHALF OF A CLASS OF ALL OTHER PERSONS SIMILARLY SITUATED,

*Plaintiffs-Appellees,*

v.

NEIL M. BROZEN; ROBERT PETERSON, JR.; VASILIA PETERSON; MIKE PAXTON; STERLING INVESTMENT PARTNERS III, L.P.; NICK BOURAS; NICOLE PETERSON 2012 IRREVOCABLE TRUST; BROOKE PETERSON 2012 IRREVOCABLE TRUST,

*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division

---

## APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL

---

Todd D. Wozniak (counsel of record)
**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street NW, Suite 1800
Atlanta, GA 30309
404-817-8431
todd.wozniak@hklaw.com

Lindsey R. Camp
**HOLLAND & KNIGHT LLP**

777 S. Flagler Dr., Suite 1900
West Palm Beach, FL 33401
404-817-8439
lindsey.camp@hklaw.com

Counsel for Defendants-Appellants Robert Peterson, Jr.; Vasilia Peterson; Mike Paxton; Sterling Investment Partners III, L.P.; Nick Bouras; Nicole Peterson 2012 Irrevocable Trust; Brooke Peterson 2012 Irrevocable Trust

J. Christian Nemeth
**MCDERMOTT WILL & EMERY, LLP**
333 SE 2nd Ave., Suite 4500
Miami, FL 33131
305-358-3500
jcnemeth@mwe.com

Peter B. Allport
**LEVIN SCHREDER & CAREY, LTD.**
120 N. LaSalle St., Floor 38
Chicago, IL 60602
312-895-6359
pallport@lsclaw.com

Counsel for Defendant-Appellant Neil M. Brozen

TO THE HONORABLE CIRCUIT COURT:

1.     Under Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Local Rule 42.1, Appellants Neil M. Brozen, Robert Peterson, Jr., Vasilia Peterson, Mike Paxton, Sterling Investment Partners III, L.P., Nick Bouras, the Nicole Peterson 2012 Irrevocable Trust, and the Brooke Peterson 2012 Irrevocable Trust ("Appellants") move to dismiss their appeal.

2.     This appeal relates to an order of the district court refusing to compel Plaintiffs' ERISA claims into arbitration. ROA.1687.

3.     The parties have settled the claims at issue in Plaintiffs' complaint and the district court's ruling.  This settlement has rendered this appeal moot.

4.     Therefore, Appellants desire to dismiss this appeal with prejudice.

5.     The Appellees are not opposed to Appellant's motion to dismiss their appeal. The parties have agreed that each party will bear its own costs incurred in this appeal.

Therefore, Appellants respectfully request that the Court enter a judgment of dismissal in accordance with Fifth Circuit Local Rule 42.1 and that each party bear its own costs of this appeal.

Dated:    May 6, 2026

/s/ Todd D. Wozniak
Todd D. Wozniak
HOLLAND & KNIGHT LLP
1180 West Peachtree Street NW,
Suite 1800
Atlanta, GA 30309
404-817-8431
todd.wozniak@hklaw.com

Lindsey R. Camp
HOLLAND & KNIGHT LLP
777 S. Flagler Dr., Suite 1900
West Palm Beach, FL 33401
404-817-8439
lindsey.camp@hklaw.com

Counsel for Defendants-
Appellants Robert Peterson, Jr.;
Vasilia Peterson; Mike Paxton;
Sterling Investment Partners III,
L.P.; Nick Bouras; Nicole Peterson
2012 Irrevocable Trust; Brooke
Peterson 2012 Irrevocable Trust

J. Christian Nemeth
MCDERMOTT WILL & EMERY, LLP
333 SE 2nd Ave., Suite 4500
Miami, FL 33131
305-358-3500
jcnemeth@mwe.com

Peter B. Allport
**LEVIN SCHREDER & CAREY, LTD.**
120 N. LaSalle St., Floor 38
Chicago, IL 60602
312-895-6359
pallport@lsclaw.com

Counsel for Defendant-Appellant
Neil M. Brozen

## CERTIFICATE OF CONFERENCE

On May 5, 2026, I caused an email to be sent to Daniel Feinberg, counsel for Appellees, regarding this motion. Appellees' counsel indicated that Appellees are not opposed to this motion.

/s/ Todd D. Wozniak
Todd D. Wozniak

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2026, a true and correct copy of the foregoing was served on the parties entitled to ECF electronic notification.

/s/ Todd D. Wozniak
Todd D. Wozniak
