# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 08, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-10832   Coleman v. Brozen
                USDC No. 3:20-CV-1358

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Casey A. Sullivan, Deputy Clerk
           504-310-7642

cc w/encl:
    Mr. Peter Allport
    Ms. Gerin Brendan Ballard
    Ms. Lindsey Camp
    Mr. Daniel Joseph Colbert
    Mr. John Saul Edwards Jr.
    Ms. Nicole Figueroa
    Mr. Ryan T. Jenny
    Mr. Michael Branch Kimberly
    Mr. John Christian Nemeth
    Ms. Rachana Pathak
    Mr. Gregory Y. Porter
    Mr. Micah Randall Prude
     John Stokes
    Mr. Peter K. Stris
    Mr. Todd David Wozniak